

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AAS
F.#2007R01279

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 9, 2010

**By U.S. Mail and ECF**

Edward Kratt, Esq.
350 Broadway #1202
New York, New York 10013

       Re:  United States v. Huong Thi Kim Ly
            Criminal Docket No. 08-CR-382 (SJ)

Dear Mr. Kratt:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-referenced matter. The government also renews its request for reciprocal discovery, as well as notice of any alibi or other affirmative defenses to be asserted at trial.

    Enclosed are copies of a handwriting examination regarding a Vietnamese application for divorce and the dental records of Princess Lam, Bates-numbered 1330 to 1338.

    If you have any questions or further requests, please do not hesitate to contact me.

                        Very truly yours,

                        BENTON J. CAMPBELL
                        United States Attorney
                        Eastern District of New York

              By:    /s/
                        Alexander A. Solomon
                        Assistant U.S. Attorney

Enclosures

cc:  Clerk of Court (SJ) (w/o enclosures)